# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153737(40)

BRENDA WHITE,
      Plaintiff-Appellant,

v

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL and DR. GARY DOCKS,
      Defendants-Appellees.

SC: 153737
COA: 329929
Macomb CC: 2012-002017-NH

_____/

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on June 29, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2016



Clerk